Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-424**

**Effective Date of Registration:**
June 12, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Ce doux matin

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 18, 2017
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sylvie Demers
  **Pseudonym:** Sylvie Demers Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sylvie Demers
133, 106 avenue, Saint-Jérôme, Québec, J7Y 1G8, Canada

## Rights and Permissions

**Name:** Sylvie Demers
**Email:** sylviedemersart@gmail.com
**Address:** 133, 106 avenue
Saint-Jérôme
Québec J7Y 1G8 Canada

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**VA 2-415-953**
**Effective Date of Registration:**
June 12, 2024
**Registration Decision Date:**
October 03, 2024

---

## Title

      **Title of Work:** Depuis l'aurore II

## Completion/Publication

      **Year of Completion:** 2015
      **Date of 1st Publication:** August 16, 2015
      **Nation of 1st Publication:** Canada

## Author

      • **Author:** Sylvie Demers, dba Sylvie Demers Art
      **Author Created:** 2-D artwork
      **Citizen of:** Canada

## Copyright Claimant

      **Copyright Claimant:** Sylvie Demers, dba Sylvie Demers Art
      133, 106 avenue, Saint-Jerome, Quebec, J7Y 1G8, Canada

## Rights and Permissions

      **Name:** Sylvie Demers
      **Email:** sylviedemersart@gmail.com
      **Address:** 133, 106 avenue
      Saint-Jerome
      Quebec J7Y 1G8 Canada

## Certification

      **Name:** David Denholm
      **Date:** June 12, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-427**

**Effective Date of Registration:**
June 12, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Joie de vivre

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 02, 2016
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sylvie Demers
  **Pseudonym:** Sylvie Demers Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sylvie Demers
133, 106 avenue, Saint-Jérôme, Québec, J7Y 1G8, Canada

## Rights and Permissions

**Name:** Sylvie Demers
**Email:** sylviedemersart@gmail.com
**Address:** 133, 106 avenue
Saint-Jérôme
Québec J7Y 1G8 Canada

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-426**

**Effective Date of Registration:**
June 12, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** L'un pour l'autre

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 14, 2016
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sylvie Demers
  **Pseudonym:** Sylvie Demers Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sylvie Demers
133, 106 avenue, Saint-Jérôme, Québec, J7Y 1G8, Canada

## Rights and Permissions

**Name:** Sylvie Demers
**Email:** sylviedemersart@gmail.com
**Address:** 133, 106 avenue
Saint-Jérôme
Québec J7Y 1G8 Canada

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-441**

**Effective Date of Registration:**
June 12, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Retrouver son chemin

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 03, 2015
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sylvie Demers
  **Pseudonym:** Sylvie Demers Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sylvie Demers
133, 106 avenue, Saint-Jérôme, Québec, J7Y 1G8, Canada

## Rights and Permissions

**Name:** Sylvie Demers
**Email:** sylviedemersart@gmail.com
**Address:** 133, 106 avenue
Saint-Jérôme
Québec J7Y 1G8 Canada

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-414-438

**Effective Date of Registration:**
June 12, 2024
**Registration Decision Date:**
September 26, 2024

---

**Title**

    Title of Work: Nest

**Completion/Publication**

    Year of Completion: 2017
    Date of 1st Publication: April 11, 2017
    Nation of 1st Publication: Canada

**Author**

    • Author: Sylvie Demers
    Pseudonym: Sylvie Demers Art
    Author Created: 2-D artwork
    Citizen of: Canada

**Copyright Claimant**

    Copyright Claimant: Sylvie Demers
    133, 106 avenue, Saint-Jérôme, Québec, J7Y 1G8, Canada

**Rights and Permissions**

    Name: Sylvie Demers
    Email: sylviedemersart@gmail.com
    Address: 133, 106 avenue
    Saint-Jérôme
    Québec J7Y 1G8 Canada

**Certification**

    Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-425**

**Effective Date of Registration:**
June 12, 2024
**Registration Decision Date:**
September 26, 2024

---

## Title

**Title of Work:** Gypsies

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 03, 2016
**Nation of 1st Publication:** Canada

## Author

- **Author:** Sylvie Demers
  **Pseudonym:** Sylvie Demers Art
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Sylvie Demers
133, 106 avenue, Saint-Jérôme, Québec, J7Y 1G8, Canada

## Rights and Permissions

**Name:** Sylvie Demers
**Email:** sylviedemersart@gmail.com
**Address:** 133, 106 avenue
Saint-Jérôme
Québec J7Y 1G8 Canada

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-414-481**

**Effective Date of Registration:**
June 12, 2024
**Registration Decision Date:**
September 26, 2024

## Title
| | |
|---|---|
| Title of Work: | Jour ordinaire |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | September 18, 2015 |
| Nation of 1st Publication: | Canada |

## Author
| | |
|---|---|
| Author: | Sylvie Demers |
| Pseudonym: | Sylvie Demers Art |
| Author Created: | 2-D artwork |
| Citizen of: | Canada |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Sylvie Demers |
| | 133, 106 avenue, Saint-Jerome, Quebec, J7Y 1G8, Canada |

## Rights and Permissions
| | |
|---|---|
| Name: | Sylvie Demers |
| Email: | sylviedemersart@gmail.com |
| Address: | 133, 106 avenue |
| | Saint-Jerome |
| | Quebec J7Y 1G8 Canada |

## Certification
| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2

